UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT LECLAIR,<br><br>  Plaintiff,<br>v.<br>JAMES DZURENDA, *et al.*,<br><br>  Defendants. | Case No. 3:19-cv-00404-MMD-CLB<br><br>ORDER |

**I.   DISCUSSION**

In its April 9, 2020 Screening Order, the Court gave Plaintiff leave to file an amended complaint and ordered Plaintiff to file any amended complaint within 30 days of the date of that order. (ECF No. 4 at 10-11). Plaintiff has filed a motion for an extension of time of 30 days to file his amended complaint. (ECF No. 6). The Court grants the motion. Plaintiff shall file his amended complaint on or before June 8, 2020.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted. Plaintiff shall file his amended complaint on or before June 8, 2020.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by June 8, 2020, this action will be dismissed with prejudice for failure to state a claim.

DATED: May 11, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

1