Ryan A. Hamilton, Esq.
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for the Plaintiff,*
*Robert LeClair*



FILED _____          _____ RECEIVED
_____ ENTERED          _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

**JUL 28 2020**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT LECLAIR,

                    Plaintiff,

vs.

Martin Naughton, M.D.; and DOES 1-100 and
ROE Corporations I-X inclusive,

                    Defendant.

Case No.  3:19-cv-00404-MMD-CLB

**ORDER RE: STIPULATION FOR CONSENT FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Robert LeClair ("Plaintiff"), by and through his attorney, Ryan Hamilton, Esq., and Defendants by and through their attorney, Douglas R. Rands, Esq. hereby stipulate that Defendants consent pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, that Plaintiff may file a Second Amended Complaint. Counsel for Defendants has provided written consent to the relief requested herein, without waiving any defenses to the Second Amended Complaint.

Plaintiff seeks leave to file a Second Amended Complaint to join additional Defendants and to add factual allegations relating to the Nevada Department of Corrections' policies concerning inmates suffering from chronic hepatitis C. Plaintiff also seeks to add background information about hepatitis C to provide context concerning his claim for relief.

1

1    Plaintiff's proposed Second Amended Complaint is attached hereto as **Exhibit A**.

2    WHEREORE, Plaintiff, Robert LeClair, respectfully requests that the Court grant him

3    leave to file the attached Second Amended Complaint.

4

5    DATED this 28th day of July 2020.          DATED this 28th day of July 2020.

6

7    By: /s/ Ryan Hamilton_____        By:/s/ Douglas R. Rands_____
        Ryan Hamilton                              Douglas R. Rands
8       5125 S. Durango Dr., Ste. C                100 North Carson Street
        Las Vegas, NV 89113                        Carson City, NV 89701
9       *Attorney for Plaintiff*                   *Attorneys for Defendant*

10

11

12                               **ORDER**

13   **IT IS SO ORDERED.**

14   Plaintiff is granted leave to file his Second Amended Complaint, attached hereto
     the parties' stiuplation as **Exhibit A**.

15   Dated this __28__ day of __July__ 2020.

16

17   _____

18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25