1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

ROBERT LECLAIR,

                        Plaintiff,

  v.

JAMES DZURENDA, et al.,

                        Defendant.

3:19-cv-0404-MMD-CLB

**ORDER**

9

10

11

12

13

14

     On September 15, 2020, the court issued a screening order requiring the Office of the Attorney General ("AG") to advise the court within 21 days whether it will enter a limited notice of appearance on behalf of the defendants for the purpose of settlement (ECF No. 12).  To date, the AG has not done so.  Therefore, the AG has until **Friday, January 29, 2021** to file such a notice.

15

16

17

18

     **DATED:** _January 7, 2021_____.

_____
**UNITED STATES MAGISTRATE JUDGE**

19

20

21

22

23

24

25

26

27